IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   15-CR-2031-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL MILLENKAMP, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 31, 2015, this Court entered a Preliminary Order of

Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(6)(A)(ii)(II), based upon

defendant's guilty plea on August 5, 2015, to Count 1 of the Information filed on July

31, 2015, and in which defendant consented to the entry of a monetary penalty of up

to $250,000 (to be determined at sentencing);

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no notice or

ancillary hearing is required since the forfeiture consists solely of a personal money

judgment against defendant;

AND WHEREAS, defendant was sentenced on December 31, 2015, and the

Court entered a Preliminary Order of Forfeiture against defendant in the amount of

$245,000 in the form of a forfeiture money judgment and also assessed a fine in the

amount of $5,000 against defendant;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to the hereinafter described property, of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

> **$245,000 representing proceeds obtained by defendant in the commission of his illegal activities, in violation of Title 8, United States Code, Section 1324.[1]**

2.      That the forfeited funds, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by US Customs and Border Protection into the United States Department of Treasury Assets Forfeiture Fund in accordance with the law.

DATED this _____17th_____ day of _____February_____, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] The $245,000 (money judgment) has been satisfied in full pursuant to a payment made by defendant in the form of a Bank Money Order and received on February 12, 2016, by the United States Attorney's Office.